THOMAS L. MAHLEN, JR,
JOHN L. WRIGHT
HALVERSON, MAHLEN & WRIGHT, P.C.
P.O. Box 80470
Billings, MT 59108-0470
Phone 406-652-1011 | Fax 406-652-8102
tmahlen@hglaw.net
jwright@hglaw.net
Attorneys for Plaintiff Nautilus Insurance Company

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>VOYAGER CONSTRUCTION, LLC, VOYAGER PROPERTIES, LLC, EMPLOYERS MUTUAL CASUALTY COMPANY; SENTINEL INSURANCE COMPANY; THOSE CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. N04NZ00790.<br><br>Defendants. | Cause No.: 2:19-CV-00024-SEH<br><br>Hon. Sam E. Haddon<br><br>**RULE 41(A)(1)(i) NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br>(Voyager Properties, LLC) |

Pursuant to Rule 41(a)(1)(A)(i), F.R.Civ.P., Plaintiff, Nautilus Insurance Company ("Nautilus") voluntarily files this Notice of Dismissal Without Prejudice with regard to Defendant, Voyager Properties, LLC ("VPL"). VPL has neither filed an Answer nor a motion for summary judgment. Nautilus has not previously dismissed any federal or state court action based on or including this claim. Nautilus maintains its remaining claims against the remaining defendants.

1

DATED this 22nd day of August, 2019.

                    **HALVERSON, MAHLEN & WRIGHT, P.C.**

        By:     /s/ Thomas L. Mahlen, Jr.
                  THOMAS L. MAHLEN, JR.
                  JOHN L. WRIGHT
                  P.O. Box 80470
                  Billings, MT 59108-0470

                  *Attorneys for Nautilus Insurance Company*