FILED

10/23/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

NAUTILUS INSURANCE COMPANY,

Plaintiff,

vs.

EMPLOYERS MUTUAL CASUALTY COMPANY; SENTINEL INSURANCE COMPANY; AND, THOSE CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. N04NZ00790,

Defendants.

No. CV 19-24-BU-SEH

**ORDER**

On October 21, 2019, Defendant Sentinel Insurance Company moved for admission of Thomas S. Hay, Esq., of Troutman Sanders, Atlanta, Georgia, and Kevin F. Kieffer, Esq., of Troutman Sanders, Irvine, California, to appear *pro hac vice* in this case with Mark S. Williams, Esq., of Williams Law Firm, P.C., Missoula, Montana, to act as local counsel. Neither application complies with L.R. 83.1(d)(3)(D).

ORDERED:

The applications are DENIED without prejudice to renewal in compliance with the rules of this Court.

DATED this 23rd day of October, 2019.

SAM E. HADDON
United States District Court