IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EMPLOYERS MUTUAL CASUALTY COMPANY; SENTINEL INSURANCE COMPANY; AND, THOSE CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. N04NZ00790,<br><br>　　　　　　Defendants. | No. CV 19-24-BU-SEH<br><br>**ORDER** |

On October 25, 2019, Defendant Sentinel Insurance Company moved for admission of Thomas S. Hay, Esq., of Troutman Sanders LLP, Atlanta, Georgia, and Kevin F. Kieffer, Esq., of Troutman Sanders LLP, Irvine, California, to appear *pro hac vice* in this case with Mark S. Williams, Esq., of Williams Law Firm, P.C., Missoula, Montana, to act as local counsel. The applications are in compliance with L.R. 83.1(d).

ORDERED:

Defendant's Amended and Unopposed Motion for Admission of Thomas S. Hay *Pro Hac Vice*[1] and Defendant's Amended and Unopposed Motion for Admission of Kevin F. Kieffer *Pro Hac Vice*[2] are GRANTED, subject to the following conditions:

1. Local counsel must serve as either lead counsel or as co-lead counsel;

2. Either Mr. Hay or Mr. Kieffer, but not both, may act as co-lead counsel;

2. Mr. Hay and Mr. Kieffer must each do his own work. Each must do his own writing, sign his own pleadings, motions and briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before this Court;

3. Local counsel must also sign all such pleadings, motions, briefs and other documents served or filed.

Admission is personal to Mr. Hay and Mr. Kieffer; it is not an admission of Troutman Sanders law firm.

---

[1] Doc. 23.

[2] Doc. 24.

FURTHER ORDERED:

This Order will be withdrawn unless Mr. Hay and Mr. Kieffer, within fifteen (15) days from the date of this Order, file an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 28th day of October, 2019.

*[signature]*
SAM E. HADDON
United States District Court