THOMAS L. MAHLEN, JR,
JOHN L. WRIGHT
HALVERSON, MAHLEN & WRIGHT, P.C.
P.O. Box 80470
Billings, MT 59108-0470
Phone 406-652-1011 | Fax 406-652-8102
tmahlen@hglaw.net
jwright@hglaw.net
Attorneys for Plaintiff Nautilus Insurance Company

UNITED STATES DISTRICT COURT DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>EMPLOYERS MUTUAL CASUALTY COMPANY; SENTINEL INSURANCE COMPANY; THOSE CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. N04NZ00790.<br><br>Defendants. | Cause No.: 2:19-CV-00024-SEH<br><br>Hon. Sam E. Haddon<br><br><br>JOINT STATEMENT OF STIPULATED FACTS |

Pursuant to Local Rule 16.2(b)(3), the parties submit this Joint Statement of Stipulated Facts.

1. Jurisdiction in this Court is proper.

2. On October 5, 2015, The Enclave Condominium Owners Association, Inc. and its members filed an Amended Complaint in the Montana Fifth Judicial District against *inter alios* Voyager Construction, LLC ("VCL") and Voyager Properties, LLC ("VPL") in the lawsuit captioned: *The Enclave Condominium Owners Association, Inc., et al., v. Voyager Construction, LLC, et al.*, Cause

1

No. DV-29-2015-48, Montana Fifth Judicial District (Madison County)("Underlying Action").

3. On May 24, 2019, Nautilus, through its coverage counsel, sent a letter to Sentinel Insurance Company, Limited ("Hartford") purporting to tender the Underlying Action to Hartford.

DATED this 4th day of November, 2019.

**HALVERSON, MAHLEN & WRIGHT, P.C.**

By: ___/s/ Thomas L. Mahlen___
THOMAS L. MAHLEN, JR.
JOHN L. WRIGHT
P.O. Box 80470
Billings, MT 59108-0470

*Attorneys for Nautilus Insurance Company*

**WILLIAMS LAW FIRM, P.C.**

By: /s/ Mark S. Williams
MARK S. WILLIAMS
ALEXANDER TSOMAYA
P.O. Box 9440
Missoula, MT 59807-9440

**TROUTMAN SANDERS LLP**

By: /s/ Thomas S. Hay
THOMAS S. HAY
(*Pro Hac Vice* Filed)
600 Peachtree St., N.E., Suite 3000
Atlanta, Georgia 30308

**TROUTMAN SANDERS LLP**

By: /s/ Kevin F. Kieffer
KEVIN F. KIEFFER
(*Pro Hac Vice* Filed)

      5 Park Plaza, Suite 1400
      Irvine, California 92614

*Attorneys for Sentinel Insurance Company, Limited*

**BERKOFF LAW FIRM, P.C.**

By:   /s/ David C. Berkoff
       DAVID C. BERKOFF
       1917 S. Higgins Avenue
       Missoula, MT 59801

*Attorneys for Employers Mutual Casualty Company*

**DATSOPOULOS, MACDONALD & LIND, P.C.**

By:   /s/ J.R. Casillas
       J.R. CASILLAS
       201 W. Main Street, Suite 201
       Missoula, MT 59802

*Attorneys for Society of Lloyd's*

### ATTESTATION OF FILER

Pursuant to Local Rule 11.2(a)(1), the undersigned hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in Joint Discovery Plan's content and have authorized the undersigned to file the Stipulation.

DATED this 4th day of November, 2019.

**HALVERSON, MAHLEN & WRIGHT, P.C.**
      By:   /s/ Thomas L. Mahlen, Jr.
      THOMAS L. MAHLEN, JR.
      JOHN L. WRIGHT
      P.O. Box 80470
      Billings, MT 59108-0470

*Attorneys for Nautilus Insurance Company*