IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

NAUTILUS INSURANCE COMPANY,

    Plaintiff,

vs.

EMPLOYERS MUTUAL CASUALTY COMPANY; SENTINEL INSURANCE COMPANY LIMITED; THOSE CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON SUBSCRIBING TO VARIOUS POLICY NUMBERS;[1] AND, THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

    Defendants.

No. CV 19-24-BU-SEH

**ORDER**

---

[1] Policy Numbers N04NZ00790, N05NZ16950, N06NZ16880, and N07NZ18290.

On December 12, 2019, Plaintiff filed a Third Amended Complaint for Declaratory Judgment and Demand for Jury Trial.[2] On January 6, 2020, Defendant Employers Mutual Casualty Company ("Employers") filed an answer, two counterclaims against Plaintiff, three cross-claims against Defendant Sentinel Insurance Company Limited ("Sentinel"), and one cross-claim against Sentinel, Defendant Those Certain Underwriters of Lloyd's of London Subscribing to Various Policy Numbers ("Lloyd's"), and Defendant The Travelers Indemnity Company of America ("Travelers").[3]

On January 17, 2020, Travelers filed an Answer and Jury Demand[4] to the Third Amended Complaint for Declaratory Judgment and Demand for Jury Trial,[5] which did not include a response to the cross-claim of Employers filed January 6, 2020.[6] Plaintiff, Sentinel, and Lloyd's answered Employer's counterclaims and cross-claims.[7]

---

[2] Doc. 48.

[3] *See* Doc. 52 at 21–28.

[4] Doc. 55.

[5] Doc. 48.

[6] *See* Doc. 52 at 27–28.

[7] *See* Docs. 56, 57, and 58.

ORDERED:

Travelers shall forthwith file an answer to the cross-claim of Employers, denominated as: "Count Six—Cross-Claim (against Sentinel, Lloyd's, Travelers): Equitable Subrogation/Subrogation."[8]

DATED this 1st day of June, 2020.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[8] Doc. 52 at 27.