# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>EMPLOYERS MUTUAL CASUALTY COMPANY; SENTINEL INSURANCE COMPANY LIMITED; THOSE CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON SUBSCRIBING TO VARIOUS POLICY NUMBERS;[1] AND, THE TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>Defendants. | No. CV 19-24-BU-SEH<br><br>**ORDER** |

On July 2, 2020, Defendant Sentinel Insurance Company Limited ("Hartford") filed a Motion to Enter Protective Order.[2] The motion recites, in part:

> 3. Plaintiff Nautilus Insurance Company ("Nautilus") and Defendant Employers Mutual Casualty Company do not object to entry of the protective order.

---

[1] Policy Numbers N04NZ00790, N05NZ16950, N06NZ16880, and N07NZ18290.

[2] Doc. 62.

        4. Defendant The Travelers Indemnity Company of America does not take any position concerning a protective order for this case, and Defendant Those Certain Underwriters of Lloyd's London Subscribing To Various Policy Numbers, despite many inquiries from Hartford during the past few months, has not taken a position concerning a protective order for this case.[3]

ORDERED:

1. If either Defendant The Travelers Indemnity Company of America ("Travelers") or Defendant Those Certain Underwriters of Lloyd's of London Subscribing To Various Policy Numbers ("Lloyd's") or both dispute the validity of the motion, each shall state its reason or reasoning for opposition on or before July 17, 2020.

2. If either Travelers or Lloyd's or both concede the motion is well-taken, the Court shall be so notified on or before July 17, 2020.

DATED this 13th day of July, 2020.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3] Doc. 62 at 2.