IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>EMPLOYERS MUTUAL CASUALTY COMPANY; SENTINEL INSURANCE COMPANY LIMITED; THOSE CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON SUBSCRIBING TO VARIOUS POLICY NUMBERS;[1] AND, THE TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>　　　　　　　　Defendants. | No. CV 19-24-BU-SEH<br><br>**ORDER** |

On October 25, 2019, Defendant Sentinel Insurance Company Limited moved for admission of Thomas S. Hay, Esq., of Troutman Sanders LLP, Atlanta, Georgia ("Hay"), and Kevin F. Kieffer, Esq., of Troutman Sanders LLP, Irvine,

---

[1] Policy Numbers N04NZ00790, N05NZ16950, N06NZ16880, and N07NZ18290.

California ("Kieffer"), to appear *pro hac vice* in this case with Mark S. Williams, Esq., of Williams Law Firm, P.C., Missoula, Montana, to act as local counsel.[2] The motions for admission of Hay and Kieffer to appear *pro hac vice* in this case were granted on October 28, 2019.[3]

On July 13, 2020, Defendant Sentinel Insurance Company Limited moved for admission of a third lawyer, James H. Geiser, III, Esq., of Troutman Pepper Hamilton Sanders LLP, Washington, DC, to appear *pro hac vice* with Mark S. Williams, Esq.[4]

The policy of this Court precludes the admission of more than two *pro hac vice* lawyers for any one party. No justification for deviation from the Court's *pro hac vice* policy has been suggested or shown to be warranted.

ORDERED:

1. Defendant Sentinel Insurance Company Limited shall either withdraw the Unopposed Motion for Admission of James H. Geiser, III *Pro Hac Vice*[5] or file

---

[2] *See* Docs. 23 and 24.

[3] *See* Doc. 25 at 2.

[4] *See* Doc. 66.

[5] Doc. 66.

a withdrawal of either Hay or Kieffer as *pro hac vice* counsel of record on or before July 22, 2020.

2. The Court will take up the application of James H. Geiser, III, Esq., if necessary and appropriate, upon receipt of the withdrawal ordered.

DATED this 15th day of July, 2020.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge