IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>EMPLOYERS MUTUAL CASUALTY COMPANY; SENTINEL INSURANCE COMPANY LIMITED; THOSE CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON SUBSCRIBING TO VARIOUS POLICY NUMBERS;[1] AND, THE TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>Defendants. | No. CV 19-24-BU-SEH<br><br>**ORDER** |

On July 2, 2020, Defendant Sentinel Insurance Company Limited filed a Motion to Enter Protective Order.[2] The motion is unopposed.[3] Attached to the motion is a proposed protective order.[4]

---

[1] Policy Numbers N04NZ00790, N05NZ16950, N06NZ16880, and N07NZ18290.

[2] Doc. 62.

[3] *See* Doc. 62 at 2, Doc. 69, and Doc. 72.

[4] *See* Doc. 62-1.

Counsel are apprised the Court is not disposed to approval of any requested protective order that is inconsistent with and that does not include, in substance, the following language:

"Filing of documents subject to a protective order shall require a motion for leave to redact and be conducted in compliance with L.R. 26.4(b)(2). No redacted document shall be considered by the Court or relied upon by any party absent an order of Court so permitting."

"All parties understand that all documents relied upon by the Court in resolving any issue before the Court, including documents redacted, will be unredacted and made public contemporaneously with the Court's ruling on the issue."

ORDERED:

Defendant Sentinel Insurance Company Limited may resubmit a proposed protective order on or before **July 23, 2020**, consistent with this Order.

DATED this 16th day of July, 2020.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge