# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>EMPLOYERS MUTUAL CASUALTY COMPANY; SENTINEL INSURANCE COMPANY LIMITED; THOSE CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON SUBSCRIBING TO VARIOUS POLICY NUMBERS;[1] AND, THE TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>　　　　　　　　Defendants. | No. CV 19-24-BU-SEH<br><br>**ORDER** |

On July 17, 2020, Defendant Sentinel Insurance Company Limited filed an Amended Motion for Admission of James H. Geiser, III *Pro Hac Vice*.[2] The motion fails to comply with L.R. 83.1(d)(3).

---

[1] Policy Numbers N04NZ00790, N05NZ16950, N06NZ16880, and N07NZ18290.

[2] Doc. 75.

ORDERED:

The Amended Motion for Admission of James H. Geiser, III *Pro Hac Vice*[3] is DENIED WITHOUT PREJUDICE to renewal in compliance with the rules of this Court.

DATED this 20th day of July, 2020.

*Sam E Haddon*
SAM E. HADDON
United States District Judge

---

[3] Doc. 75.