Marshal L. Mickelson
Robert M. Carlson
CORETTE BLACK CARLSON & MICKELSON
129 West Park Street
P.O. Box 509
Butte, MT  59703
PH    :  406-782-5800
FAX  :  406-723-8919
mmick@cpklawmt.com
bcarlson@cpklawmt.com

Attorneys for Defendant Travelers Indemnity Company of America

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY, | * | No. CV-19-24-BU-SEH |
| | * | |
| Plaintiff, | * | |
| v. | * | **STIPULATION FOR** |
| | * | **DISMISSAL WITH PREJUDICE** |
| EMPLOYERS MUTUAL CASUALTY | * | **OF ALL CLAIMS BY AND** |
| COMPANY; SENTINEL INSURANCE | * | **AGAINST TRAVELERS** |
| COMPANY LIMITED; THOSE | * | **INDEMNITY COMPANY OF** |
| CERTAIN UNDERWRITERS OF | * | **AMERICA** |
| LLOYD'S OF LONDON | * | |
| SUBSCRIBING TO VARIOUS | * | |
| POLICY NUMBERS[1]; and, THE | * | |
| TRAVELERS INDEMNITY | * | |
| COMPANY OF AMERICA, | * | |
| | * | |
| Defendants. | * | |
| | * | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that Nautilus Insurance Company's ("Nautilus'") claims

---

[1] Policy Numbers N04NZ00790, N05NZ16950, N06NZ16880, and N07NZ18290

against Travelers Indemnity Company of America ("Travelers"), Employers Mutual Casualty Company's ("EMC's") cross-claims against Travelers, and any claims or cross-claims by Travelers against Nautilus or EMC in the above-entitled action, shall be dismissed with prejudice as fully and finally settled on the merits, each of these parties to pay their own costs and fees. The remaining claims by and between Nautilus, EMC, Sentinel Insurance Company Limited, and Those Certain Underwriters of Lloyd's of London shall proceed.

DATED this 27th day of July, 2020.

s/ Marshal L. Mickelson
Corette Black Carlson & Mickelson
Attorneys for Defendant Travelers

s/ Tom L. Mahlen
Halverson, Mahlen & Wright, P.C.
Attorneys for Plaintiff Nautilus

s/ David C. Berkoff
Berkoff Law Firm, P.C.
Attorneys for Cross-Claim Plaintiff
EMC

s/ Jason S. Ritchie
Ritchie Manning Kautz, PLLP
Attorneys for Defendant Those
Certain Underwriters of Lloyd's of
London

s/ Mark S. Williams
Williams Law Firm
Attorneys for Defendant Sentinel
