# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY, | * | No. CV-19-24-BU-SEH |
| | * | |
| Plaintiff, | * | |
| v. | * | **ORDER** |
| | * | |
| EMPLOYERS MUTUAL CASUALTY | * | |
| COMPANY; SENTINEL INSURANCE | * | |
| COMPANY LIMITED; THOSE | * | |
| CERTAIN UNDERWRITERS OF | * | |
| LLOYD'S OF LONDON | * | |
| SUBSCRIBING TO VARIOUS | * | |
| POLICY NUMBERS[1]; and, THE | * | |
| TRAVELERS INDEMNITY | * | |
| COMPANY OF AMERICA, | * | |
| | * | |
| Defendants. | * | |
| | * | |

The parties having filed a Stipulation for Dismissal With Prejudice of All Claims by and Against Travelers Indemnity Company of America, signed by all counsel of record,[2]

ORDERED

Nautilus Insurance Company's ("Nautilus'") claims against Travelers Indemnity Company of America ("Travelers"), Employers Mutual Casualty

---

[1] Policy Numbers N04NZ00790, N05NZ16950, N06NZ16880, and N07NZ18290.
[2] Doc. 80.

Company's ("EMC's") cross-claims against Travelers, and any claims or cross-claims by Travelers against Nautilus or EMC in the above-entitled action, are DISMISSED WITH PREJUDICE as fully and finally settled on the merits, each of these parties to pay their own costs and fees.

2. Travelers is DISMISSED as a party to the case. The caption is amended to reflect its dismissal.

3. The remaining claims by and between Nautilus, EMC, Sentinel Insurance Company Limited, and Those Certain Underwriters of Lloyd's of London shall proceed.

DATED this 28th day of July, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

2