# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>vs.<br><br>EMPLOYERS MUTUAL CASUALTY COMPANY; SENTINEL INSURANCE COMPANY LIMITED; and THOSE CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON SUBSCRIBING TO VARIOUS POLICY NUMBERS;[1]<br><br>       Defendants. | No.  CV 19-24-BU-SEH<br><br><br>**ORDER** |

Defendant Sentinel Insurance Company Limited's Unopposed Motion for

Kevin F. Kieffer to Attend the Court's August 19, 2020 Hearing by Remote

---

[1] Policy Numbers N04NZ00790, N05NZ16950, N06NZ16880, and N07NZ18290.

Means[2] is GRANTED.

Counsel for Defendant Sentinel Insurance Company Limited, Kevin F.

Kieffer, Esq., shall contact Alli Kelly in the Court's IT department at (406) 497-

1253 to make arrangements for the video conference.

DATED this _13th_ day of August, 2020.

SAM E. HADDON
United States District Judge

---

[2] Doc. 85.