# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>vs.<br><br>EMPLOYERS MUTUAL CASUALTY COMPANY; SENTINEL INSURANCE COMPANY LIMITED; and THOSE CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON SUBSCRIBING TO VARIOUS POLICY NUMBERS;[1]<br><br>      Defendants. | No. CV 19-24-BU-SEH<br><br>**ORDER** |

Plaintiff Nautilus Insurance Company's unopposed Request to Remotely Attend Hearing[2] for counsel Elizabeth W. Lund is GRANTED for the hearing on August 19, 2020.

---

[1] Policy Numbers N04NZ00790, N05NZ16950, N06NZ16880, and N07NZ18290.

[2] Doc. 92.

Counsel Elizabeth W. Lund shall contact Alli Kelly in the Court's IT department at (406) 497-1253 to make arrangements for the video conference.

DATED this 18th day of August, 2020.

_____
SAM E. HADDON
United States District Judge