# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>EMPLOYERS MUTUAL CASUALTY COMPANY; SENTINEL INSURANCE COMPANY LIMITED; and THOSE CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON SUBSCRIBING TO VARIOUS POLICY NUMBERS;[1]<br><br>Defendants. | No. CV 19-24-BU-SEH<br><br>**ORDER** |

Upon the record made in open court on August 19, 2020,

///

///

---

[1] Policy Numbers N04NZ00790, N05NZ16950, N06NZ16880, and N07NZ18290.

ORDERED:

Defendant Sentinel Insurance Company Limited's Second Amended Motion for Admission of James H. Geiser, III *Pro Hac Vice*[2] is GRANTED subject to the following conditions:

1. Local counsel must serve as either lead counsel or as co-lead counsel;

2. Either Mr. Kieffer or Mr. Geiser, but not both, may act as co-lead counsel;

3. Mr. Kieffer and Mr. Geiser each must each do his own work. Each must do his own writing, sign his own pleadings, motions and briefs, and, if designated co-lead counsel in the acknowledgment and acceptance of his admission required below, must appear and participate personally in all proceedings before this Court;

4. Local counsel must also sign all such pleadings, motions, briefs and other documents served or filed.

Admission is personal to Mr. Kieffer and Mr. Geiser; it is not an admission of Troutman Sanders law firm.

FURTHER ORDERED:

This Order will be withdrawn unless Mr. Geiser, within fifteen (15) days

---

[2] Doc. 79.

from the date of this Order, files an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 19th day of August, 2020.

SAM E. HADDON
United States District Judge