# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>                               Plaintiff,<br><br>vs.<br><br>EMPLOYERS MUTUAL CASUALTY COMPANY; SENTINEL INSURANCE COMPANY LIMITED; and THOSE CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON SUBSCRIBING TO VARIOUS POLICY NUMBERS;[1]<br><br>                             Defendants. | No.  CV 19-24-BU-SEH<br><br>**ORDER** |

Nautilus Insurance Company's Unopposed Motion for Leave for John L. Wright and Elizabeth W. Lund to Appear in Lieu of Thomas L. Mahlen, JR. at the

---

[1] Policy Numbers N04NZ00790, N05NZ16950, N06NZ16880, and N07NZ18290.

Hearing Set for September 25, 2020[2] is GRANTED.

DATED this 21st day of September, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 117.