IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>vs.<br><br>EMPLOYERS MUTUAL CASUALTY COMPANY; SENTINEL INSURANCE COMPANY LIMITED; and THOSE CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON SUBSCRIBING TO VARIOUS POLICY NUMBERS;[1]<br><br>     Defendants. | No. CV 19-24-BU-SEH<br><br>ORDER |

Defendant Sentinel Insurance Company, Limited's Unopposed Motion for

Kevin F. Kieffer and James H. Geiser to Attend the Court's September 25, 2020

---

[1] Policy Numbers N04NZ00790, N05NZ16950, N06NZ16880, and N07NZ18290.

Hearing by Remote Means[2] is GRANTED.

Defendant Employers Mutual Casualty Company's Unopposed Motion for David C. Berkoff to Attend the Court's September 25, 2020 Hearing by Remote Means[3] is GRANTED.

Counsel shall contact Alli Kelly in the Court's IT department at (406) 497-1253 to make arrangements for the video conference.

DATED this 22nd day of September, 2020.

SAM E. HADDON
United States District Judge

---

[2] Doc. 119.

[3] Doc. 120.