IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>                      Plaintiff,<br><br>vs.<br><br>EMPLOYERS MUTUAL CASUALTY COMPANY; and SENTINEL INSURANCE COMPANY LIMITED,<br><br>                      Defendants. | No. CV 19-24-BU-SEH<br><br>**ORDER** |

On September 25, 2020, all claims involving Those Certain Underwriters of Lloyd's of London Subscribing to Various Policy Numbers were dismissed.[1] The Court retains diversity jurisdiction of the unresolved controversies among the remaining parties: Nautilus Insurance Company (Plaintiff), Employers Mutual

---

[1] Doc. 123; Fed. R. Civ. P. Rule 41(a)(2).

Casualty Company (Defendant and Cross-claimant), and Sentinel Insurance Company Limited (Defendant).

ORDERED:

1. Sentinel Insurance Company, Limited's Motion Regarding Subject Matter Jurisdiction[2] is DENIED.

DATED this 30th day of September, 2020.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 86.