# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY; and EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>-vs-<br><br>SENTINEL INSURANCE COMPANY LIMITED,<br><br>Defendant. | No. CV 19-24-BU-SEH<br><br>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

The parties hereby stipulate that this matter has been resolved and request that the Court dismiss this matter with prejudice. The parties will bear their own attorney fees and costs.

DATED: January 6, 2021

/s/ Alexander T. Tsomaya
Alexander T. Tsomaya
Williams Law Firm, P.C.
*Attorney for Sentinel Ins. Co., Ltd.*

/s/ Thomas L. Mahlen, Jr.
Thomas L. Mahlen, Jr.
John L. Wright
Halverson, Mahlen & Wright, P.C.
*Attorneys for Nautilus Ins. Co.*

/s/ David C. Berkoff
David C. Berkoff
Berkoff Law Firm, P.C.
*Attorney for Employers Mutual Cas. Co.*