# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY; and EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>SENTINEL INSURANCE COMPANY LIMITED,<br><br>　　　　　Defendant. | No. CV 19-24-BU-SEH<br><br>**ORDER** |

The parties having filed a Joint Stipulation for Dismissal with Prejudice,[1]

ORDERED:

This case is DISMISSED WITH PREJUDICE, each party to bear its own attorney fees and costs.

DATED this 6th day of January, 2021.

　　　　　　　　　　　　　　　　／s／ Sam E. Haddon
　　　　　　　　　　　　　　　　SAM E. HADDON
　　　　　　　　　　　　　　　　United States District Judge

---

[1] Doc. 139.